**ALLACCESS LAW GROUP**
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for LENA MACIAS, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LENA MACIAS, <br><br> Plaintiff, <br><br> QUIK STOP MARKETS, INC. et al. <br><br> Defendants. | Case No. 20-cv-00218-SVK <br><br> **STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

## STIPULATION

LENA MACIAS ("Plaintiff") and Defendants QUIK STOP MARKETS, INC. and WILLIAM SCHARFEN ("Defendants") stipulate pursuant to Fed. R. Civ. P. 41(a)(2) and respectfully request that the Court dismiss this action in its entirety with prejudice with each side bearing their own attorney fees, costs, and litigation expenses. The parties further request that the Court retain jurisdiction through December 28, 2020 over enforcement of the remediation provisions of the parties' settlement agreement pursuant to General Order No. 56.

Respectfully submitted,

Dated: September 16, 2020        */s/ Irakli Karbelashvili*
                                 Irakli Karbelashvili, Attorney for Plaintiff

Dated: September 16, 2020        */s/ Thomas Lloyd*
                                 Thomas Lloyd, Attorney for Defendants

## Filer's Attestation

I attest that I received concurrence from the signatories in the filing of this document.

*/s/ Irakli Karbelashvili*
Irakli Karbelashvili

**[PROPOSED] ORDER**

Having reviewed the parties' stipulation, and good cause shown, this action is dismissed in its entirety with prejudice with each side bearing their own attorney fees, costs, and litigation expenses. The Court retains jurisdiction over the parties' settlement agreement until December 28, 2020.

**IT IS SO ORDERED.**

Dated:  September 17, 2020                                    _____
                                                              United States Magistrate Judge